JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYCE CORNELIOUS, an individual, | Case No.: 2:22-cv-05397JLS (MARx) |
| Plaintiff, | |
| vs. | **ORDER DISMISSING ACTION WITH PREJUDICE (Doc. 22)** |
| MANPOWER US INC., a Delaware Corporation; HONEYWELL INTERNATIONAL INC., a Delaware Corporation; and DOES 1 through 50, | |
| Defendants. | |

Having reviewed the Parties Joint Stipulation for Dismissal (Doc. 22), IT IS ORDERED that the above matter, in its entirety, is DISMISSED WITH PREJUDICE.

Dated:  January 25, 2024          _____

                                            HON. JOSEPHINE L. STATON
                                            UNITED STATES DISTRICT JUDGE